UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ESPARZA, | ) | No. CV 11-10568-DSF (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| BITER, et al., | ) ) | |
| Respondents. | ) ) | |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

1
2
3  //
4  //
5      **IT IS ORDERED** that: (1) the Court accepts the findings and
6  recommendations of the Magistrate Judge, except notes that the phrase
7  "specific attempt to kill" at page 15 should be "specific intent to
8  kill," and (2) the Court declines to issue a Certificate of
9  Appealability ("COA").[1]
10         12/11/12
11 DATED:_____    _____
                                           DALE S. FISCHER
12                                         UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20  ─────────────────────────
21    [1]   Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
    applicant has made a substantial showing of the denial of a
22  constitutional right." The Supreme Court has held that, to obtain a
    Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
    matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
    deserve encouragement to proceed further'." Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
    omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003). After review of Petitioner's contentions, this Court
    concludes that Petitioner has not made a substantial showing of the
27  denial of a constitutional right, as is required to support the
28  issuance of a COA.