JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ESPARZA, | ) | No. CV 11-10568-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BITER, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 12/11/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE